FILED
2026 Jan-20  PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B



AlaFile E-Notice

41-CV-2025-900163.00

To:  POWELL KATHERINE TAYLOR
     katie.powell@butlersnow.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

TONYA KEASLER V. STATE FARM FIRE & CASUALTY COMPANY
41-CV-2025-900163.00

The following discovery was FILED on 12/22/2025 3:06:16 PM

Notice Date:        12/22/2025 3:06:16 PM

MISSY HOMAN
CIRCUIT COURT CLERK
LAUDERDALE COUNTY, ALABAMA
200 SOUTH COURT STREET
FLORENCE, AL, 35630

256-760-5728

ELECTRONICALLY FILED
12/22/2025 3:06 PM
41-CV-2025-900163.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

## IN THE DISTRICT COURT OF LAUDERDALE COUNTY, ALABAMA

| | |
|---|---|
| **TONYA KEASLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 41-CV-2025-900163** |
| ) | |
| **STATE FARM FIRE AND** ) | |
| **CASUALTY COMPANY, et al.** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

To:    Lauderdale County Circuit Court
       200 South Court Street
       Florence, AL 35630

PLEASE TAKE NOTICE that on the **22nd day of December, 2025**, Plaintiff served upon

Defendants, the following discovery documents:

( )   Interrogatories to Defendants
**(X)   Answers to Interrogatories**
( )   Answers and Objections to Interrogatories
( )   Requests for Production of Documents to Defendants
**(X)   Responses to Requests for Production of Documents**
( )   Notice of Intent of Serving Subpoena Upon Non-Party
( )   Notice of Taking Deposition
( )   Notice of Taking Deposition with Requests for Production of Documents
( )   Request for Admissions to Defendants
( )   Response to Request for Admissions

Respectfully submitted,

*/s/ Jeremiah M. Hodges*
Jeremiah M. Hodges (HOD018)
**HODGES TRIAL LAWYERS, P.C.**
320 Clinton Avenue E
Huntsville, Alabama 35801
T: (256) 539-3110 | F: (256)539-3212
jmhodges@notanaccident.com

F. Inge Johnstone (JON159)
**JOHNSTONE TRIAL LAW, LLC**
PO Box 36128
Birmingham, Alabama 35236
T: (720) 330-2374 | F: (720) 330-2301
IJohnstone@policyholderslawyers.com
*Counsel for Plaintiff, Tonya Keasler*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a true and correct copy of the foregoing has been served on all parties to this action by **electronic mail** properly addressed as follows:

Katherine T. Powell (TAY081)
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
T: (205) 297-2200 | F: (205) 297-2201
Katie.Powell@butlersnow.com

Sarah E. Rawls (RAW011)
**BUTLER SNOW LLP**
1801 California Street, Suite 5100
Denver, Colorado 80202
T: (720) 330-2374 | F: (720) 330-2301
Sarah.Rawls@butlersnow.com

*Counsel for Defendant*
*State Farm Fire and Casualty Company*

/s/ Jeremiah M. Hodges
OF COUNSEL

2