FILED
2026 Jan-20  PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

## IN THE DISTRICT COURT OF LAUDERDALE COUNTY, ALABAMA

TONYA KEASLER,           )
                         )
     Plaintiff,         )
                         )
v.                       )     Case No.: 41-CV-2025-900163
                         )
STATE FARM FIRE AND CASUALTY  )
COMPANY, et al.         )
                         )
     Defendant.       )

## PLAINTIFF'S ANSWERS TO DEFENDANT'S DISCOVERY REQUESTS

Plaintiff, Tonya Keasler, hereby submits her answers to Defendant, State Farm Fire and Casualty Company's Request for Interrogatories and Request for Production and states the following:

## INTERROGATORIES

1.  Please state your full name, age, date of birth (give month, day and year), address, place of birth, driver's license number, and social security number.

**Response: Tonya Lowe Keasler McGee, Age 53, DOB: 05/09/1972, 179 Elk River Shores Drive, Rogersville, AL 35652, AL 5656593, xxx-xx-7110.**

2.  Please identify any person (including name, address, and telephone number) who was a witness to or has knowledge of the facts related to your Claim or the allegations in the Complaint and provide a brief statement of each person's knowledge. This includes but is not limited to family members, friends, neighbors, colleagues, contractors, etc.

**Response: Myranda Walker, 390 County Road 9, Florence, AL, 256-856-2793, Daughter.**
- **Knowledge: We had conversations about the incident.**

**Mckenzi Richey, 1783 Hwy 207, Rogersville, AL 35652, 256-483-5220, Daughter.**
- **Knowledge: We had conversations about the incident.**

**Carolyn Holland, 153 Elk River Shores Drive, Rogersville, AL 35652, 256-679-1230, Neighbor.**
- **Knowledge: Came outside to help when she noticed the house was on fire. Tried to help by spraying water on the fire with a garden hose.**

**Kenny Winter, 12021 Southern Charm Blvd., Madison, AL 35756, 256-412-3235, Home Builder.**
- **Knowledge: Involved with Winter Homes and the rebuild of my house.**

**Caleb Roberts, 12021 Southern Charm Blvd., Madison, AL 35756, 256-431-3467, Production Manager of Winter Homes.**
- **Knowledge: Involved with Winter Homes and the rebuild of my house.**

**Johnny Masoner, 16511 US 72, Rogersville, AL 35652, 256-247-0200, Insurance Agent.**
- **Knowledge: My insurance agent who I spoke to about my claim.**

**Jimmy Love, 7257 Glass Drive, Bessemer, AL 35023, 205-492-4135, Father.**
- **Knowledge: We had conversations about the incident.**

**Linda Johnson, 179 Elk River Shores Drive, Rogersville, AL 35652, 256-483-6497, Mother.**
- **Knowledge: Was in the house the night the fire occurred.**

3.      Please identify any statements (oral, written, or recorded) taken or given regarding your Claim or the allegations in the Complaint, including the name, address, and telephone number of all persons who took or gave such statements.

**Response: Johnny Masoner, 16511 US 72, Rogersville, AL 35652, 256-247-0200. Spoke to him about my claim.**

4.      Please itemize each cost you have incurred for repairs to the Property which you contend State Farm should pay. Include the date of the repairs, the nature of the repairs, and the identity of the contractor(s), individual(s), or companies you paid.

**State Farm should pay for the remaining amount owed for the rebuilding of my home. Winter Homes is the contractor who rebuilt my home. To the best of my knowledge at the time of answering this interrogatory, the amount still owed is $68,584.29.**

5.      Please itemize all damages you seek in this Action, including a description of the damages, the amount you are seeking, the basis for seeking such damages, and the identity of any documents supporting those amounts.

**$68,584.29**
**Reimbursement for rebuilding house**
**Invoices from Winter Homes and note**

**Unpaid living expenses**

**Pre-judgment interest**

**Punitive Damages**

**Emotional damages caused by undue stress from having a destroyed house and losing essentially everything that I owned while State Farm would not pay the full amount that my coverage allows for. The unnecessary amount of time consumed by having to deal with State Farm and its employees throughout the claim process**

**and distress in attempting to advocate for myself with the insurance company when they wasted time requiring quotes and information from third parties (Winter Homes and other contractors) only to ignore the information they were given and come to their own conclusion. All of this going on while State Farm knew my husband had just died of a sudden heart attack.**

6.      Please state the total monetary amount incurred by you in additional living expenses after the date of loss, including an explanation of your calculation.

**Response: Unknown at this time. Plaintiff will supplement at a later date.**

7.      Please describe any conversations you, or anyone on your behalf, had with any agent, employee, or representative of State Farm that relate to your Claim or the allegations in the Complaint. Include the date and location of each such conversation, the substance and/or subject matter of each such conversation, and the name, address, and telephone number of anyone who was a witness to each such conversation.

**Response: Me and my husband, and Mitch McGee had a conversation with Johnny Masoner on August 2, 2023, at his office. My husband is now deceased. Johnny thought that Mitch was my first husband and that Chris Keasler was on the policy. That day he refused to talk with Kenny Winter, who was there to help me.**

8.      Please identify each payment that State Farm made to you for your Claim, including in your answer the name(s) of the individuals and entities from whom you received payment(s), and the amount(s) and date(s) of each such payment(s), and what you did with said payment.

**Response: 6/10/24 for $29,140.56, 5/15/24 for $29,140.29, 9/13/23 for $151,042.00 and 7/13/23 for $83,516.68. All were paid to Winter Homes.**

9.      Please identify every individual, contractor, or company that inspected or observed the damage to your Property as a result of the alleged loss, whether or not they provided an estimate or proposal for repairs. Please include the name, address, and telephone number of anyone you identify.

**Response: Tracey McMahan Construction, 23051 Nick Davis Road, Athens, AL 35613, 256-232-6766. Mike Jackson Home Builders, LLC, 1020 County Road 570, Rogersville, AL 35652, 256-247-1500. Winter Homes, 12021 Southern Charm Blvd., Madison, AL 35756**

10.      Please identify any inspections, repairs, or improvements performed involving the Property in the 10 years preceding May 7, 2023, including the nature of the inspection, repairs, or improvements and the name, address, and telephone number of any individual, contractor, or company that performed the inspections, repairs, or improvements.

**Response: To the best of Plaintiff's knowledge: 2013 New flooring and carpet throughout the entire house. Woods Flooring , 7730 Hwy 72 Killen, Al, 256-554-3058. 2014 Insulation in the attic , R & J Home Improvement, P O Box Rogersville, AL 35652, 256-856-7672. 2015 Redone my entire basement, sealed the walls, repainted walls, ceiling, floors redone the Duct work in**

the basement. **R & J Home Improvement P O Box Rogersville, AL 35652, 256-856-7672. 2015 painted the outside of my house R & J Home Improvement, PO Box Rogersville, AL 35652 256-856-7672. 2013 Replaced Field lines for septic tank, Bobby Trousdale, 1988 Co Rd 92 Rogersville, AL 35652 256-247-3949.**

11.    Has the Property been repaired in the last 10 years? If so, identify the date it was repaired, the reason for the repair, and the name, address, and telephone number of the individual, contractor, or company that repaired it.

**Response: Same as #12**

12.    Please identify any inspections, repairs or improvements performed involving the Property <u>since</u> May 7, 2023, including:

    a.  the name and address of the individual, contractor, or company that performed the inspection, repairs, or improvements;
    b.  a detailed description of the work performed;
    c.  the purpose of the work performed;
    d.  the date the work was begun and completed; and
    e.  the cost of the work.

**Response: Winter Homes tore down and rebuilt the entire house due to the original house being destroyed by a fire.  I don't know the exact dates of how long this took.**

13.    Please identify all insurance claims you have submitted under a homeowners insurance policy in the last 10 years, the date(s) of any such claim(s), and the nature of said claim(s). This interrogatory specifically requests that you identify whether you made an insurance claim to any company other than State Farm for the damage alleged in your Complaint.

**Response: I submitted a roof claim due to hail damage. My roof was replaced. I am not sure of the date or my insurance carrier at the time.**

14.    Identify each homeowners insurance policy that has been issued to insure the Property in the last 10 years and state whether you have made any claims under such policy or policies, and whether you listed the loss at issue in this Action in your application for said policy or policies.

**Response: Allstate and State Farm. The only claims I made were for the hail damage to the roof and the claim for the fire that destroyed my house.**

15.    Please state in detail all facts that support your allegations that State Farm refused to pay the Claim in bad faith, as alleged in your Complaint.

**Response: After my home was destroyed by a fire, I contacted State Farm to file a claim. I obtained quotes from three separate builders, all of which exceeded the amount State Farm has paid to date. Each quote is for more than what State Farm has paid under my policy, yet State Farm disregarded all three.**

**Throughout the claims process, State Farm has made it very difficult to obtain the benefits**

**owed under my policy. To receive even the partial payments issued so far, I was forced to repeatedly call and email before a check was finally sent, and each payment was still less than the amount requested and permitted under the policy.**

**I am entitled to the full cost of rebuilding my home, but State Farm has refused to pay that amount. During this period, my husband went to the bank in an attempt to secure a loan to cover the shortfall caused by State Farm's underpayment, where he tragically suffered a sudden fatal heart attack. Despite these circumstances, State Farm continued to refuse to pay the full amount required to rebuild my home. In addition to this, State Farm was repeatedly late and had to be reminded to pay for my rent while I was staying in a condo during the rebuilding of my home. This caused me to have to pay rent late on multiple occasions and had I not reminded State Farm of their obligation to do so, they would not have sent payment. State Farm knew I had just lost my home, my husband, and basically everything that I owned yet they constantly ignored me and refused to pay full price of my rebuilding my home.**

16.    Please identify all the property damage that you contend State Farm should pay for under your policy (Policy No. 01-CA-F769-1) but has <u>not</u> paid.

**Response: $68,584.29 for the rebuilding of my home.**

17.    Please identify every expert witness you have retained to testify in this Action, including (1) the name, address, and employer of each expert witness, (2) the opinion(s) of each expert witness, (3) the bases for each such expert opinion, (4) a list of each case in which the expert witness has testified in the last 10 years, and (5) a list of any publications authored or co-authored by the expert witness.

**Response: Objection. Seeks premature expert discovery. Subject to and without waiving any objection, Plaintiff states: Plaintiff has not made a final decision whether to call an expert witness at trial.**

18.    Please state the name, address, and amount of any lien, subrogation, or mortgage interest in this Action.

**Response: I have a note payable to Winter Homes for $60,000.00. I also have a note payable to Regions for $53,546.19, and a home equity line of credit to Regions for $5,901.38.**

19.    Please identify any warranties applicable to the Property.

**Response: Home Builders with Winter Homes.**

20.    Please identify any individual or company that performed an inspection or appraisal of the Property associated with your purchase of the Property.

**Response: Home Inspections, LLC and Regions Bank**

21.    When did you first learn of any damage to the Property that is at issue in this Action?

**Response: May 7, 2023.**

22.     Please describe what efforts you made to mitigate or reduce the losses or damages alleged in your Complaint.

**Response: When the fire began, my husband and I both grabbed the fire extinguishers we had in the house and tried to use them to put out the fire. After the fire destroyed the house, I contacted three separate homebuilders to give me quotes on what it would cost to rebuild the house. I decided to go with the cheapest quote of the three.**

23.     Please identify all provision(s) in the Policy that you believe obligates State Farm to cover the damage to the home that is the subject of your Complaint.

**Response: Dwelling**
        **Other Structures**
        **Loss of Use**
        **Replacement Cost Value**
        **Ordinance Coverage**
        **Debris Removal**
        **Trees, Shrubs, and  Landscaping**

## **REQUESTS FOR PRODUCTION**

1.      Please produce any documents used or referenced by you in answering State Farm's First Set of Interrogatories to Plaintiff.

        **See attached.**

2.      Please produce any documents that relate to the claims and allegations against State Farm in this Action.

        **See attached.**

3.      Please produce any documents that demonstrate that the Property was damaged by fire.

        **See attached.**

4.      Please produce any documents that relate to the damage to the Property for which you claim State Farm should pay insurance benefits.

        **See attached.**

5.      Please produce any non-privileged statements (oral, written, or recorded) that relate to your Claim or the allegations in the Complaint.

        **See attached.**

6.      Please produce any documents exchanged by and between you, or anyone on your behalf, and any agent, employee, or representative of State Farm that relate to your Claim or the allegations in the Complaint.

        **See attached.**

7.      Please produce any documents exchanged by and between you, or anyone on your behalf, and any third-party that relate to your Claim or the allegations in the Complaint.

        **See attached.**

8.      Please produce any documents that relate to any inspections or estimates prepared by State Farm during the handling of your Claim.

        **See attached.**

9.      Please produce any documents that purport to be made, created, written, or produced by or for any State Farm entity, agent, representative, or employee (including but not limited to the independent contractor insurance agent Johnny Earl Masoner) that relate to your Claim or the allegations in the Complaint.

        **See attached.**

10.    Produce any and all documents which evidence any Additional Living Expenses you incurred after the May 7, 2023 date of loss and for which you were not reimbursed by State Farm.

**Plaintiff is in the process of searching for said documents and will produce them at a later date.**

11.    Please produce every document that you intend to use or rely on in this Action.

**See attached.**

12.    Produce all documents which support your allegations that State Farm breached the contract of insurance.

**See attached.**

13.    Produce all documents which support your allegations that State Farm has a policy by which it encourages adjusters to attempt to pay only for repairs as opposed to replacement, regardless of the age and condition of the dwelling.

**See attached.**

14.    Please produce all documents that support your allegations that State Farm refused to pay the Claim in bad faith, as alleged in your Complaint.

**See attached.**

15.    Please produce any document relating to any payment that State Farm made to you for your Claim.

**See attached.**

16.    Please produce any document relating to any inspections, repairs, or improvements performed involving the Property in the 10 years preceding May 7, 2023.

**See attached.**

17.    Please produce any documents relating to any inspections, repairs, or improvements performed involving the Property since May 7, 2023, including:

　　a.  the name and address of the individual, contractor, or company that performed the inspection, repairs, or improvements;
　　b.  a detailed description of the work performed;
　　c.  the purpose of the work performed;
　　d.  the date the work was begun and completed; and
　　e.  the cost of the work.
**See attached.**

18.    Please produce any documents relating to an inspection or appraisal of the Property associated with your purchase of the Property.

**See attached.**

19.    Please produce any documents, including but not limited to estimates, photographs, videos, contracts, authorizations, correspondence, or other materials, that you sent to or received from any individual, contractor, or company relating to the Property.

**See attached.**

20.    Please produce any documents relating to damage to the Property in the last 10 years, including but not limited to communications, photographs, videos, estimates, and repair invoices.

**See attached.**

21.    Please produce any documents relating to any insurance claims you have submitted under a homeowners insurance policy in the last 10 years. This request specifically seeks any documents that relate to an insurance claim made to any company other than State Farm for the damage alleged in your Complaint.

**See attached.**

22.    Please produce each homeowners insurance policy that has been issued to insure the Property in the last 10 years and any application for any such policy or policies.

**See attached.**

23.    Please produce any documents that relate to all damages you seek in this Action.

**See attached.**

24.    Please produce any correspondence exchanged by and between you and each and every expert witness whom you intend to use or rely on in this Action.

**Objection. Seeks premature expert discovery. Subject to and without waiving any objection, Plaintiff states: Plaintiff has not made a final decision whether to call an expert witness at trial.**

25.    Please produce any correspondence or communication that relates to your Claim or the allegations in the Complaint (excluding attorney-client communications).

**See attached.**

26.    Please produce the entire file of any expert witness you intend to rely on in this Action, including his or her resume or curriculum vitae.

**Objection. Seeks premature expert discovery. Subject to and without waiving any**

**objection, Plaintiff states: Plaintiff has not made a final decision whether to call an expert witness at trial.**

27.    Please produce copies of any warranty applicable to the Property.

**See attached.**

28.    Please produce any photographs and/or videos that relate to your claims or the allegations in the Complaint.

**See attached.**

29.    Please produce any documents showing Plaintiff has ever filed for bankruptcy.

**No responsive documents.**

30.    Please produce any photographs or videos Property from May 7, 2021 to the present.

**See attached.**

31.    Please produce any documents, including communications, with any agent, employee, or representative of the following entities regarding your Claim or the allegations in the Complaint. This specifically includes documents and communications with Winter Homes, LLC.

**See attached.**

Respectfully submitted this the 22nd day of December, 2025.

/s/ Jeremiah M. Hodges
Jeremiah M. Hodges (HOD018)
**HODGES TRIAL LAWYERS, P.C.**
320 Clinton Avenue E
Huntsville, Alabama 35801
T: (256) 539-3110 | F: (256)539-3212
jmhodges@notanaccident.com

F. Inge Johnstone (JON159)
**JOHNSTONE TRIAL LAW, LLC**
PO Box 36128
Birmingham, Alabama 35236
T: (720) 330-2374 | F: (720) 330-2301
IJohnstone@policyholderslawyers.com
*Counsel for Plaintiff, Tonya Keasler*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a true and correct copy of the foregoing has been served on all parties to this action by **electronic mail** properly addressed as follows:

Katherine T. Powell (TAY081)
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
T: (205) 297-2200 | F: (205) 297-2201
Katie.Powell@butlersnow.com

Sarah E. Rawls (RAW011)
**BUTLER SNOW LLP**
1801 California Street, Suite 5100
Denver, Colorado 80202
T: (720) 330-2374 | F: (720) 330-2301
Sarah.Rawls@butlersnow.com

*Counsel for Defendant*
*State Farm Fire and Casualty Company*

/s/ Jeremiah M. Hodges
OF COUNSEL